UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br>Petitioner,<br>v.<br>FCI-DUBLIN WARDEN,<br>Respondent. | Case No. 23-cv-05057-JST<br><br>**ORDER OF DISMISSAL** |

On or about October 3, 2023, Petitioner filed a petition for a writ of habeas corpus. ECF No. 1. That same day, the Clerk of the Court informed Petitioner that her action was deficient because she had not either paid the $5 filing fee or filed an application for leave to proceed *in forma pauperis*. ECF No. 2. The Clerk instructed Petitioner that if she did not cure this deficiency by November 1, 2023, this action would be dismissed. The Court sent Plaintiff a blank *in forma pauperis* application. *Id*. The deadline to either pay the filing fee or file an *in forma pauperis* application has passed, and Petitioner has neither corrected the deficiency nor communicated with the Court.[1] Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete application to proceed *in forma pauperis*. The dismissal is without prejudice to Petitioner filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete application to proceed *in forma pauperis*.

/ / /

---

[1] On November 27, 2023, and December 4, 2023, Court mail addressed to Plaintiff was returned as undeliverable because Plaintiff was no longer at her address of record. ECF Nos. 6, 7. Pursuant to N.D. Cal. L.R. 3-11(a), a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address. N.D. Cal. L.R. 3-11(a).

The Clerk shall enter judgment in favor of Respondent and against Petitioner and close the case.

**IT IS SO ORDERED.**

Dated:  December 11, 2023



_____
JON S. TIGAR
United States District Judge